IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEREK E. ALLEN ) | |
| ) | |
| v. ) | No. 3:10-1024 |
| ) | |
| MICHAEL J. ASTRUE, ) | |
|     Commissioner of Social Security ) | |

O R D E R

The defendant's motion for leave to substitute the previously filed administrative record (Docket Entry No. 17) is GRANTED. The defendant added four pages to the administrative record (tr. 276-79) to replace four blank pages that were filed in the original administrative record.

It is so ORDERED.

                                                            _____
                                                            JULIET GRIFFIN
                                                           United States Magistrate Judge