IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

DEREK E. ALLEN )
)
v. ) No. 3:10-1024
)
MICHAEL J. ASTRUE, )
    Commissioner of Social Security )

O R D E R

The defendant's motion to file a Sur-Reply (Docket Entry No. 21) is GRANTED.

The Clerk is directed to file and docket the defendant's sur-reply (Docket Entry No. 21-1).

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge