IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEREK E. ALLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:10-cv-01024 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Griffin |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Derek E. Allen's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 14), filed with a Brief in Support (Doc. No. 14-1). Defendant Commissioner of Social Security filed a Response opposing the Motion. (Doc. No. 15), to which Plaintiff filed a Reply (Doc. No. 16). Defendant then filed a substituted administrative record (Doc. No. 20), prompting Plaintiff to file a Supplemental Reply Brief (Doc. No. 19), to which Defendant filed a Reply (Doc. No. 23), and Plaintiff filed a Sur-reply (Doc. No. 24). Subsequently, Magistrate Judge Griffin issued a Report and Recommendation ("Report"), recommending that the Motion be denied. (Doc. No. 27 at 47.) The Report was filed on March 20, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion (Doc. No. 14) and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the ___ day of April, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT